UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WESLEY MEAD,

                        **Plaintiff,**

        – against –

DAVID ALEVI, ET AL.,

                        **Defendants.**

24-cv-8777 (JGK)

ORDER OF SERVICE

JOHN G. KOELTL, District Judge:

    The plaintiff, who is proceeding pro se, commenced this action in the New York Supreme Court, Bronx County. The defendants removed this action to this Court and paid the filing fee.

    The Clerk of Court is directed to issue summonses as to the defendants. The plaintiff is directed to serve the summons and complaint on each defendant within 90 days of the issuance of the summonses.

    If, within those 90 days, the plaintiff has not either served the defendants or requested an extension of time to do so, the Court may dismiss the claims against the defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

The Clerk is respectfully directed to mail a copy of this Order to the pro se plaintiff.

**SO ORDERED.**

Dated:     New York, New York
           November 22, 2024

                                    _____
                                          John G. Koeltl
                                  **United States District Judge**