```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------
WESLEY MEAD,
                                        24-cv-8777 (JGK)
                    Plaintiff,
                                        ORDER
        - against -

DAVID ALEVI, ET AL.,

                    Defendants.
-----------------------------------
```

JOHN G. KOELTL, District Judge:

As discussed at the telephone conference held today, the plaintiff should file an amended complaint by **January 10, 2025**. The defendants may move or answer by **January 31, 2025**. The plaintiff should respond to any motion to dismiss by **February 21, 2025**, and the defendants may reply by **March 7, 2025**. No pre-motion conference is necessary if the defendants file a motion to dismiss. If there is an answer rather than a motion to dismiss, the parties should file a Rule 26(f) report by **February 21, 2025**.

The initial conference scheduled for March 11, 2025, is **canceled**.

SO ORDERED.

Dated:   New York, New York
         December 11, 2024

                                    _____
                                           John G. Koeltl
                                    United States District Judge