# WESLEY MEAD, ESQ.

CONNECTICUT: 12 BOOTHBAY STREET, MILFORD, CONNECTICUT 06460
TEL: (866) 306-5547 / Alt Tel: (718) 306-2107 / Fax: (866) 306-0337
wmeadlaw@gmail.com

April 9, 2025

**VIA ECF**
Hon. John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., New York, NY 10007-1312

*Re: Joint Request for Extension of Time to File Stipulation of Discontinuance between Plaintiff and the Alcon Defendants - Mead v. Alevi, M.D. et al (Case No. 1:24-cv-08777-JGK)*

Dear Judge Koeltl:

I write on behalf of Plaintiff, *Pro Se*, in this action to jointly request, together with the Alcon Defendants, an extension of time file the stipulation of dismissal as to Alcon Defendants. The Plaintiff and Alcon Defendants are working to finalize the settlement, it has taken a bit longer than first anticipated, and the parties respectfully request 45 days from today to complete the settlement and file the Stipulation of Dismissal with Prejudice with the Court.

Respectfully submitted,

___/s/Wesley Mead/s/_____
Wesley Mead, Esq.

cc: *All parties/attorneys of record via ECF*

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

4/10/25

1