UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WESLEY MEAD,

                    Plaintiff,                    24-cv-8777 (JGK)

        - against -                               ORDER

ALEVI, M.D., ET AL.,
                    Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit an update on the status

of the settlement between the plaintiff and the Alcon defendants

by **Wednesday, June 4, 2025.**

SO ORDERED.

Dated:    New York, New York
          May 28, 2025

                                        _____
                                              John G. Koeltl
                                    United States District Judge