# WESLEY MEAD, ESQ.

---

CONNECTICUT: 12 BOOTHBAY STREET, MILFORD, CONNECTICUT 06460
TEL: (866) 306-5547 / Alt Tel: (718) 306-2107 / Fax: (866) 306-0337
wmeadlaw@gmail.com

June 4, 2025

**VIA ECF**
Hon. John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., New York, NY 10007-1312

*Re: Joint Request for Extension of Time to File Stipulation of Discontinuance between Plaintiff and the Alcon Defendants - Mead v. Alevi, M.D. et al (Case No. 1:24-cv-08777-JGK)*

Dear Judge Koeltl:

I write on behalf of Plaintiff, *Pro Se*, in this action to jointly request, together with the Alcon Defendants, an extension of time file the stipulation of dismissal as to Alcon Defendants to June 30, 2025. The agreement between Plaintiff and Alcon Defendants has been fully executed. The final settlement conditions will be complied with by Alcon Defendants by June 30, 2025 and we therefore request to that date for the final stipulation of discontinuance to be filed.

Respectfully submitted,

___/s/Wesley Mead/s/_____
Wesley Mead, Esq.

cc: *All parties/attorneys of record via ECF*

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
6/5/25

1