```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

WESLEY MEAD,

                Plaintiff,        24-cv-8777 (JGK)

    - against -                ORDER

DAVID ALEVI, M.D.,

                Defendant.

JOHN G. KOELTL, District Judge:

The parties are directed to submit a Rule 26(f) report by July 9, 2025.

SO ORDERED.

Dated:    New York, New York
            June 25, 2025

                                              _____
                                                  John G. Koeltl
                                         United States District Judge