# WESLEY MEAD, ESQ.

CONNECTICUT: 12 BOOTHBAY STREET, MILFORD, CONNECTICUT 06460
Tel: (718) 306-2107
wmeadlaw@gmail.com

January 12, 2026

**VIA ECF**
Hon. John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., New York, NY 10007-1312

*Re: Joint Motion to Seal and Notice of Resolution - Mead v. Alevi, M.D. et al (Case No. 1:24-cv-08777-JGK)*

Dear Judge Koeltl:

I write on behalf of Plaintiff, *Pro Se*, in this action to jointly request, together with the Alevi Defendants, requesting that the Court seal DE 48, Ex, A, as it included a medical record that was inadvertently filed and designated confidential pursuant to the Court's confidentiality Order.

Further, the Plaintiff and Alevi Defendants report that they have resolved this action and we respectfully request two (2) weeks to complete the necessary documentation and file the Stipulation of Dismissal with Prejudice with the Court.

Respectfully submitted,

___/s/Wesley Mead/s/_____
Wesley Mead, Esq.

cc: *All parties/attorneys of record via ECF*

*Application granted.*
*The Clerk is requested*
*to seal ECF No. 48, Ex A.*
*So ordered.*
*Jn G Koeltl*
*1/12/26    U S D J.*

1