UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—————————————————————————————

WESLEY MEAD,                                    24-cv-8777 (JGK)

                        Plaintiff,             ORDER

        - against -

DAVID ALEVI, M.D., ET AL.,

                        Defendants.
—————————————————————————————

JOHN G. KOELTL, District Judge:

    Under the Court's Rule 26(f) Case Management Order, ECF No. 46, the parties were required to complete discovery by February 1, 2026. The parties should file a joint pre-trial order, together with proposed voir dire requests and request to charge, and motions in limine by March 10, 2026. Responses and objections are due by March 20, 2026.

    The parties should be ready for trial, with 48 hours' notice, by April 1, 2026.

SO ORDERED.

Dated:    New York, New York
          February 17, 2026

                                    _____
                                         John G. Koeltl
                                    United States District Judge